UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALGIE SPEARS (#98786)

                                                          CIVIL ACTION

VERSUS

                                                       16-762-SDD-EWD

DARRELL VANNOY, WARDEN

## RULING AND ORDER

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated February 9, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter is transferred to the Eastern District of Louisiana for further proceedings. Further, a determination regarding Petitioner's right to proceed as a *pauper* herein shall be deferred to the transferee court for resolution and disposition.

Signed in Baton Rouge, Louisiana on March 3, 2017.

_____

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 2.